IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JACKIE CARTER,

                Plaintiff,                    ORDER

v.

                                              19-cv-384-wmc

JOLINDA WATERMAN and
SANDRA MCARDLE,

                Defendants.

---

*Pro se* plaintiff Jackie Carter, an inmate at the Wisconsin Secure Program Facility, is proceeding in this lawsuit on a First Amendment retaliation claim against defendants Jolinda Waterman and Sandra McArdle.  On July 10, 2020, defendant Waterman filed a motion for summary judgment on exhaustion grounds.  (Dkt. #28.)  The court set July 31, 2020, as Carter's opposition deadline.  That deadline has passed, and Carter has neither filed an opposition nor sought an extension of time to oppose the motion.  The court will give Carter one more opportunity to respond to defendant's motion.

Accordingly, IT IS ORDERED that plaintiff may have until August 27, 2020, to file a response to defendant Waterman's motion.  **If Carter does not file a response by that deadline, the court will dismiss his claim against defendant Waterman with prejudice for plaintiff's failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).**

Dated this 13th day of August, 2020.

                              BY THE COURT:

                              /s/

                              _____
                              WILLIAM M. CONLEY
                              District Judge