IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JACKIE CARTER,

     Plaintiff,

                                     Case No.  19-cv-367-wmc

  v.

JOLINDA WATERMAN, SANDRA
MCARDLE, and GARY BOUGHTON,

     Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

/s/ _____      10/13/2021

Peter Oppeneer, Clerk of Court            Date